FARMLAND DAIRIES, RESPONDENT, v. ALBERT VAN TOL ET AL., APPELLANTS.

Submitted May 25, 1945—Decided September 27, 1945.

For the respondent, *A. Leo Bohl.*

For the appellants, *Andrew Mainardi (Archibald Kreiger,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, HEHER, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 12.

*For reversal*—None.